# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, JANUARY TERM, 1893.

The First National Bank of Sing Sing, Respondent, v. Caleb B. Knevals and others, Assignees, etc., Appellants. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Alfred A. Blair and others, Respondents, v. James A. Flack, as Sheriff, etc., Appellant. — Judgment affirmed, with costs and disbursements. — Opinions by O'Brien and Barrett, JJ.; dissenting opinion by Van Brunt, P. J.

Jacob Schwartz and others, Respondents, v. John Wood, Appellant. — Judgment reversed and new trial ordered before another referee, with costs and disbursements to appellant to abide event. Opinion by O'Brien, J.

Henry Hughes, Respondent, v. The New York Elevated Railroad Company and others, Appellants. — Judgment affirmed, with costs and disbursements. Opinion *Per Curiam.*

Joseph Thomson, Respondent, v. Samuel E. Fairfield, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinions by Van Brunt, P. J., and Barrett, J.

Charles P. Hemenway and others, Respondents, v. Morris F. Knudson and others, Appellants.— Order reversed as to cross-interrogatories mentioned in opinion, and affirmed as to the third cross-interrogatory, without costs of this appeal. Opinion by Van Brunt, P. J.

John J. Zimmele, Respondent, v. The American Plaster Board Company, Appellant. — Order affirmed, with ten dollars costs and the usual disbursements. Opinions by Barrett and O'Brien, JJ; dissenting opinion by Van Brunt, P. J.

In the Matter of the Estate of Abner Mellen, Deceased. — Decree affirmed, with costs to the respondent payable out of the estate. Opinion by Barrett, J.

Erwin Strickland, Respondent, v. Richard L. Leggett, Appellant. — Motion denied, with ten dollars costs.

Charles E. Hart, by his Guardian. Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event. Opinions by Van Brunt, P. J., O'Brien and Barrett, JJ.

George P. Upington, Respondent, v. John Keenan, Appellant. — Order reversed, with ten dollars costs and disbursements, and the motion granted upon payment of the costs and disbursements of the trial, and such costs of the appeal from the judgment as might have been taxed at the time of the decision of the original motion. Opinion by Van Brunt, P. J.

Edward F. Beddall, Appellant, v. The British and Foreign Marine Insurance Company (Limited), Respondent.— Judgment affirmed, with costs. Opinion by Barrett, J.

La Societé Anonyme De L'Union Des Papeteries, Appellants, v. Samuel M. Markes and others, Respondents.— Judgment reversed and new trial ordered, with costs to the appellants to abide the event. Opinion by Barrett, J.

Wilcox and Gibbs Sewing Machine Company, Respondent, v. Jehiel W. Himes, Appellant.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

The National Bank of Commerce in New York, Respondent, v. The Whiteman Pulp and Paper Company and others, Appellants.— Order affirmed, with costs and disbursements. Opinion by O'Brien, J.

Henry G. Keasbey and others, Respondents, v. The Brooklyn Chemical Works and others. Appellants — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt. P. J.

John Brennan, as Guardian *ad litem*, etc., Appellant, v. The Mayor, etc., Respondent.— Judgment affirmed, with costs. Opinion *Per Curiam.*

Mary Reid, Respondent, v. The Mayor, etc., Appellant.— Case ordered stricken from calendar. Opinion *Per Curiam.*

Henry W. Peabody and others Respondents, v. Emilio Cortado and others, Appellants.—Order reversed, with ten dollars costs and disbursements of appeal, and the motion denied, with ten dollars costs. Opinion *Per Curiam.*

William H. Schecker, Appellant. v. Edward J. Woolsey, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

David A. McLeod, Respondent, v. John H. Devoe, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Catherine A. Pope, Respondent, v. Samuel A. Briggs, as Assignee, etc., and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Kokomo Strawboard Company, Respondent, v. Horace Inman and another. Appellants —Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Joseph Arthur and others. Respondents, v. Michael B. Leavitt, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Charles H. Southard, Appellant, v. Charles A. Hammond, Respondent. — Order affirmed with ten dollars costs and disbursements. Opinion *Per Curiam.*

F. Kroeber Clock Company, Respondent, v. Emma H. Cassal, Appellant. — Order affirmed with ten dollars costs and disbursements. Opinion *Per Curiam.*

Sarah E. Mellen v. Abner Mellen and others. — Motion denied with ten dollars costs. Mem.

In the Matter of the Application of George W. Hill and others, etc. — That part of the order directing that the respondents be brought into the action as parties plaintiff is reversed and that part of the motion denied, but in all other respects the order is affirmed, without costs to either party Opinions by Follett, J., and Van Brunt, P., J.

Louise Meise v. John H. Doscher. — Motion denied with ten dollars costs.

Helena Metzger, Respondent, v. The Metropolitan Elevated Railway Company, Appellant. — Judgment reversed with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs to interpose demurrer if she shall be advised. Opinion *Per Curiam.*

Hannah E. Boardman, Respondent, v. The Metropolitan Elevated Railway Railway Company, Appellant. — Judgment reversed, with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs to interpose demurrer if she shall be so advised.

Edmund J. Curry, Respondent. v. The Metropolitan Elevated Railway Company, Appel-